# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. |
| v. | : |
| DARYL MILLER, | : VIOLATION: |
| Defendant. | : 18 U.S.C. § 2252(a)(4)(B) |
| | : (Access with Intent to View Child Pornography) |

## INFORMATION

The United States Attorney charges that, between on or about September 27, 2016 and on or about May 7, 2017, within the District of Kansas, the defendant, **DARYL MILLER,** did knowingly access with intent to view at least one matter, to wit: videos hosted on The Website, which contains any visual depiction that has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, and which items were produced using materials which have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

(**Access with Intent to View Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(4)(B))

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY

By: _____
Lindsay Suttenberg, D.C. Bar No. 978513
Zia Faruqui, D.C. Bar No. 494990
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 252-7017